**MISSOURI, K. & T. RY. CO. v. LONG, County Assessor, et al.**

No. 17923—Opinion Filed Dec. 7, 1926.

Error from District Court, Lincoln County; Hal Johnson, Judge.

Action by Missouri, Kansas & Texas Railway Company against Ora Long, County Assessor, and Paul Prince, County Treasurer, of Lincoln County, Okla. Judgment for defendants, and plaintiff appeals. Affirmed.

M. D. Green, Eric Haase, and Courtland M. Feuquay, for plaintiff in error.

Roscoe Cox, Co. Atty., and Erwin & Erwin, for defendants in error.

PHELPS, J. In this action the Missouri, Kansas & Texas Railway Company filed suit in the district court of Lincoln county against Ora Long, county assessor, and Paul Prince, county treasurer, of Lincoln county, for injunctive relief as provided in State Question No. 141, Initiative Petition No. 92, adopted by a vote of the people at the regular pri-

mary election on August 3, 1926, which action was, upon the motion of the defendants, dismissed by the district court upon the grounds that said measure was unconstitutional, from which judgment dismissing, the plaintiff appeals to this court.

The questions involved in this case are identical with the question involved in cause No. 17907, Atchison, Topeka & Santa Fe Railway Co. v. Ora Long, County Assessor, et al., opinion in which was this day filed, 122 Okla. 86, 251 Pac. 486, and upon the authorities cited in cause No. 17907, we reach the same conclusion in this case as we reached in that, and the opinion, conclusion, and syllabus in that case are hereby adopted and applied to this case, and the judgment of the district court is affirmed.

BRANSON, V. C. J., MASON, HARRISON and CLARK, JJ., concur. NICHOLSON, C. J., and LESTER, J., concur in conclusion. HUNT and RILEY, JJ., dissent.